AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

------------------------------------------------------------------DISTRICT OF-------------------------------------------------------------

United States of America
Plaintiff

EXHIBIT LIST

v.

Case Number_7:16-705

Sok Bun
Paul Ray Davis
Jhon Marlon Acosta
James Robert Peterson
Defendant

| Presiding Judge<br>Timothy M Cain | Plaintiff's Attorney<br>Leesa Washington | Defendant's Attorney<br>Carlyle Steele<br>Luke Shealey<br>David Wyatt<br>Howard Anderson |
|---|---|---|
| 1/23/17 | Court Reporter<br>Karen Martin | Courtroom Deputy<br>Pam Brissey |

| Plf No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
|  | A | 1/23/17 | X | X | Subpoena 1/6/17 |
|  | B | 1/23/17 | X | X | USM Policy Directives |
|  | C | 1/23/17 | X | X | Blank Detainer |
|  | D | 1/23/17 | X | X | Docket Entry 200 |
|  | E | 1/23/17 | X | X | Docket Entry 153 |
|  | F | 1/23/17 | X | X | Docket Entry 32 |
|  | G | 1/23/17 | X | X | Peterson Detainer |
|  | H | 1/23/17 | X | X | Peterson Detainer |
|  | I | 1/23/17 | X | X | Bun Detainer |
|  | J | 1/23/17 | X | X | Docket Entry 23 |
|  | K | 1/23/17 | X | X | Acosta Detainer |
|  | L | 1/23/17 | X | X | Website of Detainer Directives |
| 1 |  | 1/23/17 | X | X | Davis Detainer |
|  | M | 1/23/17 | X | X | Withdrawal of motion for hearing re: pretrial confinement |
|  | N | 1/23/17 | X | X | USM Documentation |
| 2 |  | 1/23/17 | X | X | Peterson record |
| 3 |  | 1/23/17 | X | X | Peterson Writ Docket Entry 11/14/16 |

| 4 |  | 1/23/17 | X | X | Davis Writ |
| --- | --- | --- | --- | --- | --- |
| 5 |  | 1/23/17 | X | X | Bun Writ |
| 6 |  | 1/23/17 | X | X | Peterson Writ |
| 7 |  | 1/23/17 | X | X | Acosta Writ |
|   |  |  |  |  |  |
|   |  |  |  |  |  |
|   |  |  |  |  |  |
|   |  |  |  |  |  |
|   |  |  |  |  |  |
|   |  |  |  |  |  |